479 A.2d 1133

Commonwealth v. Harris, Appellant.

Petition for Allowance of Appeal
Denied Jan. 7, 1985.

Submitted October 14, 1983. John A. Halley, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and BECK, JJ.

Order affirmed.

479 A.2d 1133

Commonwealth v. Hindmarsh, Appellant.

Submitted February 28, 1984. William J. Wiker, for appellant; James J. McIntyre, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, DEL SOLE and MONTGOMERY, JJ.

Appeal quashed.